**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CHRISTINA FORD**<br>c/o Fair Work, P.C.<br>192 South Street<br>Boston, MA 02114<br><br>and<br><br>**JAHI CROSS**<br>c/o Fair Work, P.C.<br>192 South Street<br>Boston, MA 02114<br><br>and<br><br>**DOMINIQUE DUGAR**<br>c/o Fair Work, P.C.<br>192 South Street<br>Boston, MA 02114<br><br>   *Plaintiffs*,<br><br>  v.<br><br>**COMPASS GROUP USA, INC. D/B/A**<br>**OCCASIONS CATERERS**<br>2400 Yorkmont Road<br>Charlotte, NC 28217<br><br>   *Defendant*. | Civil Action No. _____ |

**DEFENDANT'S NOTICE OF REMOVAL**

  Defendant Compass Group USA Inc., D/B/A Occasions Caterers ("Occasions"), hereby files this Notice of Removal of this action from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. Occasions files this Notice of Removal based upon receipt of the summons, amended complaint, and accompanying documents. Occasions bases removal on diversity jurisdiction, and asserts the following grounds:

1

## I.    REMOVAL IS TIMELY.

1.    On May 20, 2026, Plaintiffs Christina Ford, Jahi Cross, and Dominique Dugar (collectively, the "Plaintiffs") filed a complaint in the Superior Court of the District of Columbia, captioned *Christina Ford; Jahi Cross; and Dominique Dugar v. Compass Group USA, Inc. D/B/A Occasions Caterers*, Case No. 2026-CAB-003451. A copy of the Complaint is attached as **Exhibit A**.

2.    On May 22, 2026, Plaintiffs filed an Amended Complaint in the same matter. A copy of the Amended Complaint is attached hereto and marked as **Exhibit B**. A copy of the Summons is attached hereto and marked as **Exhibit C**.

3.    Plaintiffs served the Amended Complaint on Occasions on June 16, 2026, and filed a return of service on July 1, 2026. *See* **Exhibit D** (docket entries for Case No. 2026-CAB-003451); **Exhibit E**.

4.    The Superior Court of the District of Columbia issued an Initial Order on May 26, 2026. True and correct copies of those and other related District of Columbia Superior Court filings are attached as **Exhibit F.**

5.    Occasions filed this Notice of Removal within 30 days of service of the Amended Complaint, pursuant to 28 U.S.C. § 1446(b), on July 6, 2026. *See* 28 U.S.C. § 1446(b)(3) ("[A] notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable.").

6.    This Notice of Removal is therefore timely and compliant with 28 U.S.C. §§ 1441 and 1446.

**II.    THIS COURT HAS DIVERSITY JURISDICTION OVER PLAINTIFFS' CLAIMS.**

7.    This Court has original jurisdiction over this action based on diversity jurisdiction pursuant to 28 U.S.C. § 1332, as Plaintiffs and Occasions are citizens of different states. This action is therefore properly removable under 28 U.S.C. § 1441(a).

8.    A civil action brought in a State court may be removed by a defendant to a federal district court if the district court has original jurisdiction over the matter. *See* 28 U.S.C. § 1441(a). The Superior Court of the District of Columbia is considered a "State court" within the District of Columbia. *See* 28 U.S.C. § 1451. The District of Columbia is considered a State for purposes of removal. *See* 28 U.S.C. § 1451. Therefore, venue is proper in the United States District Court for the District of Columbia.

9.    This Court possesses original (diversity) jurisdiction over Plaintiffs' claims pursuant to 28 U.S.C. § 1332, which gives this Court "original jurisdiction over all civil actions where the matter in controversy exceeds the sum or value of $75,000…and is between citizens of different states."

10.    Plaintiffs Christina Ford and Jahi Cross reside in Dumfries, Virginia and Plaintiff Dominique Dugar resides in the District of Columbia. *See* **Exhibit A** ¶¶ 2-4 (stating that Ms. Ford and Mr. Cross live in Dumfries, Virginia, while Mr. Dugar lives in the District of Columbia). Occasions is incorporated in Delaware and maintains its corporate offices at 2400 Yorkmont Road, Charlotte, North Carolina 28217. *Id.*, p. 1. Because the Parties reside in different states, and are completely diverse, this matter falls squarely within this Court's original diversity jurisdiction pursuant to 28 U.S.C. § 1332.[1]

---

[1] While Plaintiffs' complaint does not contain a statement of the amount in controversy, they seek liquidated damages, plus fees, not only for the three named Plaintiffs, but for a large class, and such amounts will easily exceed $75,000.

11.     Concurrent with the filing and service of this Notice of Removal, Occasions has served a Notice of Filing of Notice of Removal on Plaintiffs and has filed such Notice with the Clerk of Court of the Superior Court for the District of Columbia. *See* Defendant's Notice of Filing Notice of Removal attached hereto as **Exhibit G**.

12.     By removing this matter, Occasions does not waive or intend to waive any defense, including but not limited to any defense for failure to state a claim for which relief can be granted.

WHEREFORE, Occasions files this Notice of Removal and respectfully requests that this Court exercise original jurisdiction over this action so that the entire court action under Civil Action Number 2026-CAB-003451, now pending in the Superior Court of the District of Columbia, is removed to this Court for all further proceedings.

Dated: July 6, 2026                                     Respectfully submitted,

 */s/ Robert R. Niccolini*
Robert R. Niccolini, D.C. Bar No. 1000251
**OGLETREE, DEAKINS, NASH,**
 **SMOAK & STEWART, P.C.**
1909 K Street, N.W., Suite 1000
Washington, DC 20006
Tel:  (202) 887-0855
Fax:  (202) 887-0866
robert.niccolini@ogletreedeakins.com

*Counsel for Defendant*

4

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true copy of the foregoing was electronically filed via the Court's CM/ECF filing system on July 6, 2026, with a copy served by electronic mail and United States mail, postage prepaid to:

> Hillary Schwab, Esq.
> Osvaldo Vazquez Esq.
> Fair Work P.C.
> 192 South Street, Suite 450
> Boston, MA 02111
> hillary@fairworklaw.com
> oz@fairworklaw.com
>
> *Counsel for Plaintiffs*

> */s/ Robert R. Niccolini*
> Robert R. Niccolini